■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL DEVORE, Appellant. [825 NYS2d 177]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Ferdinand, J.), imposed October 26, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Adams, Krausman, Spolzino and Lunn, JJ., concur.